No. 380. KENNY *v.* UNITED STATES. Court of Claims. Certiorari denied. *Murdaugh Stuart Madden* and *C. William Tayler* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 386. DOYLE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* for petitioner. *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.

No. 390. FRAZIER ET AL., RECEIVERS, *v.* ASH. C. A. 5th Cir. Certiorari denied. *William Gresham Ward* for petitioners. *Miller Walton* for respondent.

No. 391. LEISER *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Paul E. Troy* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 294. TALIAFERRO *v.* COAKLEY, SUPERIOR COURT JUDGE PRO TEM., ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. Petitioner *pro se. Francis W. Collins* for Coakley, Superior Court Judge Pro Tem., respondent.

No. 364. FALSTAFF BREWING CORP. ET AL. *v.* LINES. Motions for leave to file briefs of National Association of Credit Men, Rocky Mountain Association of Credit Men, Credit Managers Association of Southern Califor-